## BOOHER v. FRUE

No. 299P90

Case below: 98 N.C.App. 585

Petition by defendant (Ronald K. Payne) for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## DUKE UNIVERSITY v. HESTER

No. 381P90

Case below: 99 N.C.App. 360

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## FLETCHER, BARNHARDT & WHITE, INC. v. MATTHEWS

No. 560P90

Case below: 100 N.C.App. 436

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## FORBES v. PAR TEN GROUP, INC.

No. 477P90

Case below: 99 N.C.App. 587

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## GLOVER v. N.C. FARM BUREAU MUT. INS. CO.

No. 347P90

Case below: 99 N.C.App. 360

Petition by plaintiff (Adlene R. Glover) for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.